# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: admin | Date Created: 03/15/2016 |
| Case: 15−07839−MM7 | Form ID: 318 | Total: 22 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Richard M Kipperman | teresaj@corpmgt.com |
| aty | Jonathan P. Beck | attybeck@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | HESHAM SHAKER ALMUGBEL    343 S Barnwell St    Oceanside, CA 92054 | |
| smg | United States Trustee    Office of the U.S. Trustee    402 West Broadway, Ste. 600    San Diego, CA 92101−8511 | |
| smg | Employment Develop. Dept., State of CA    Bankruptcy Unit − MIC 92E    P.O. Box 826880    Sacramento, CA 94280 | |
| smg | Div. of Labor Standards Enforcement    7575 Metropolitan Drive, Suite 210    San Diego, CA 92108 | |
| smg | State Board of Equalization    P.O. Box 942879    Sacramento, CA 94279 | |
| smg | Dun & Bradstreet    Attn: Lynne Roberts, 2nd Floor    3501 Corporate Parkway    PO Box 520    Center Valley, PA 18034−0520 | |
| smg | Dun & Bradstreet    Attn: Lynne Roberts, 2nd Floor    3501 Corporate Parkway    PO Box 520    Center Valley, PA 18034−0520 | |
| smg | Franchise Tax Board    Attn: Bankruptcy    P.O. Box 2952    Sacramento, CA 95812−2952 | |
| 14074108 | Atlas Acquisitions LLC    294 Union St.    Hackensack, NJ 07601 | |
| 14074783 | Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601 | |
| 14060669 | California DCS    220 W Broadway    San Diego, CA 92101 | |
| 14060670 | DR LOREN RITTER    343 S Barnwell St    Oceanside, CA 92054 | |
| 14060671 | First National Bank of Layton    PO Box 248    Layton, UT 84041 | |
| 14060672 | Heidi Chistiansen    3528 S. Crestwood Dr    Salt Lake City, UT 84109 | |
| 14060673 | Internal Revenue Service    Post Office Box 21126    Philadelphia, PA 19114 | |
| 14060674 | Merchant Bonding Company    10 E. Exchange Pl    Salt Lake City, UT 84111 | |
| 14062730 | Merchants Bonding Company    c/o Jomax Recovery Services    14100 N 83rd Ave Ste 235    Peoria AZ 85381 | |
| 14090098 | NextGear Capital Inc    Attn−−Kathryn Benfield    1320 City Center Dr., Ste 100    Carmel IN 46032 | |
| 14060675 | Rocky Mountain Power    PO Box 26000    Portland, OR 97256 | |

TOTAL: 19